FILED
CLERK, U.S. DISTRICT COURT
8/11/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BIJAN KOHANZAD,<br><br>　　　　　Defendant. | CR 2:22-cr-00365-FMO<br><br>I N D I C T M E N T<br><br>[26 U.S.C. § 7206(2): Aiding and Assisting False Tax Return] |

The Grand Jury charges:

COUNT ONE

[26 U.S.C. § 7206(2)]

1. At times relevant to this Indictment:

　　a. Defendant BIJAN KOHANZAD was a tax preparer who did business from Encino, California, through Company A.

　　b. S.T. was one of defendant KOHANZAD's clients, and lived and did business in the Central District of California.

　　c. Defendant KOHANZAD and Company A acted as the tax return preparer for S.T., and as the bookkeeper and tax return preparer for companies S.T. controlled, including Company B.

            d.    As defendant KOHANZAD then knew, information reported on Company B's annual tax return (Form 1120S) affected the income S.T. reported on his own tax return (Form 1040).

            e.    Beginning in mid-2015 and continuing through at least May 2017, defendant KOHANZAD aided, assisted, and counseled S.T. to reduce S.T.'s taxable income by falsely increasing Company B's business expenses.  For example:

                  i.    On or about February 3, 2016, S.T. asked defendant KOHANZAD how much it would cost to reduce S.T.'s tax for the 2015 tax year, and defendant KOHANZAD said, "give me twenty grand and I'll fix it for you."  When S.T. asked defendant KOHANZAD to reduce the price, defendant KOHANZAD said, "You have a choice man; you are to pay the tax or you pay me."

                  ii.   In or about February 2017, defendant KOHANZAD and S.T. discussed altering Company B's financial records, affecting tax year 2016, by having S.T. falsely and fraudulently claim to have paid fictitious Company B expenses.

    2.    On or about September 7, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendant KOHANZAD willfully aided and assisted in, and counseled and advised, the preparation and presentation to the Internal Revenue Service of S.T.'s false and fraudulent U.S. Individual Income Tax Return, Form 1040, for the calendar year 2015.  As defendant KOHANZAD then knew and believed, S.T.'s return was false and fraudulent as to material matters, in that the tax return reported taxable income of $127,878, when, in fact, S.T.'s taxable income was substantially in excess of $127,878, because S.T. did not report approximately $150,000 in income S.T. had received from Company B during calendar year 2015.

COUNT TWO

[26 U.S.C. § 7206(2)]

3. The Grand Jury realleges paragraph 1 of this Indictment here.

4. On or about May 18, 2017, in Los Angeles County within the Central District of California, and elsewhere, defendant KOHANZAD willfully aided and assisted in, and counseled and advised, the preparation and presentation to the Internal Revenue Services of S.T.'s false and fraudulent U.S. Individual Income Tax Return, Form 1040, for the calendar year 2016. As defendant KOHANZAD then knew and believed, S.T.'s return was false and fraudulent as to material matters, in that the tax return reported taxable income of $417,594, when, in fact, S.T.'s taxable income was substantially in excess of

//

$417,594, because S.T. did not report approximately $886,325 in income S.T. had received from Company B during calendar year 2016.

A TRUE BILL

/S/
Foreperson

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

KRISTEN WILLIAMS
Assistant United States Attorney
Acting Chief, Major Frauds Section

CAROLYN SMALL
Assistant United States Attorney
Acting Deputy Chief, Major Frauds Section

MONICA E. TAIT
Assistant United States Attorney
Major Frauds Section