UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

( _____ Amended _____ )

Case No.    2:22-cr-00365-AB    Date: September 26, 2024

Present: The Honorable:    ANDRÉ BIROTTE, JR. U.S. DISTRICT JUDGE

| Paul M. Cruz | Maria Bustillow | Monica E. Tait |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Bijan Kohanzad | ☐ | ☒ | Joshua M. Robbins | ☒ | ☐ | ☐ | N/A |

**PROCEEDINGS:**    **SENTENCING AND JUDGMENT**    ☐ Contested   ☒ Non-Evidentiary
Day \_\_\_ (if continued from a prior hearing date)

- ☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto. _X_ Refer to separate Judgment Order.
- ☐ Imprisonment for\_\_\_\_ years/months on each of count(s)_____
  Count(s) _____ concurrent/consecutive to count(s) _____
- ☐ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
- ☐ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
- ☐ Confined in jail-type institution for_____ to be served on consecutive days/weekends commencing _____
- ☐ _____ years/months Supervised Release/Probation imposed on count(s) _____
  consecutive/concurrent to count(s) _____
  under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
  - ☐ Perform _____ hours of community service.  ☐ Pay _____ fine amounts & times determined by P/O.
  - ☐ Serve _____ in a CCC/CTC.  ☐ Make $_____ restitution in amounts & times determined by PO.
  - ☐ Participate in a program for treatment of narcotic/alcohol addiction.
  - ☐ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
  - ☐ Other conditions: _____
- ☐ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
- ☐ Pay $_____ per count, special assessment to the United States for a total of $ _____
- ☐ Imprisonment for\_\_\_\_\_ months/years and for a study pursuant to 18 USC _____
  with results to be furnished to the Court within \_\_\_\_\_ days/months whereupon the sentences shall be subject to modification. This matter is set for further hearing on _____
- ☐ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
- ☐ Defendant informed of right to appeal.
- ☐ ORDER sentencing transcript for Sentencing Commission.  ☐ Processed statement of reasons
- ☐ Bond Exonerated  ☐ upon surrender  ☐ upon service of _____
- ☐ Execution of sentence is stayed until 12 noon, _____
  at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
- ☐ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
  Issued Remand/Release #_____
- ☐ Present bond to continue as bond on appeal.  ☐ Appeal bond set at $ _____
- ☐ Filed and distributed judgment. ENTERED.
- ☐ Other _____

cc:                                                                                  : 30
                                                    **Initials of Deputy Clerk**    PMC