

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT**

To:    Chief Deputy/Fiscal

**Re:**    **Verification of Surrender to Bureau of Prisons or Report to United States Probation**

    Case Number:   2:22−cr−00365−AB
    Defendant's Name:   Bijan Kohanzad

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on   1/27/2025  . The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of :  2/3/2025  , it was verified the defendant:**

   has not surrendered   .

**Verified via e−mail with the following:**

U.S. Marshal:  Court Operations Desk   *(Name of Officer)*

 February 5, 2025             By    /s/ *Grace Kami*
    Date                                   Deputy Clerk